**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DR. BROWN'S COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DR. BROWN'S BEVERAGE COMPANY, L.P., et al.,<br><br>Defendants. | ) | Case No. 4:26-cv-00838-PLC |

**<u>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS BEVERAGE DISTRIBUTION CENTER, INC. AND CANADA DRY BOTTLING COMPANY OF NEW YORK, L.P.</u>**

Plaintiff Dr. Brown's Company ("DBC"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses Defendants Beverage Distribution Center, Inc., and Canada Dry Bottling Company of New York, L.P. with prejudice. Plaintiff DBC maintains this action against Dr. Brown's Beverage Company, L.P. ("Defendant") and in support thereof states as follows:

1. Plaintiff filed its Complaint on May 27, 2026 (Doc. #1) against Defendant, Beverage Distribution Center, Inc. ("Beverage Distribution"), and Canada Dry Bottling Company of New York, L.P. ("Canada Dry").

2. Plaintiff, Beverage Distribution, and Canada Dry have reached an agreement to dismiss Beverage Distribution and Canada Dry with prejudice. Plaintiff retains all claims against Defendant.

Dated: August 20, 2026

Respectfully submitted,

**Thompson Coburn LLP**

By: */s/ Matthew A. Braunel*
Matthew A. Braunel, MO 50711
Cody Deterding, MO 77938
One US Bank Plaza
St. Louis, MO 63101
Tel: (314) 552-6000
Fax: (314) 552-7000
mbraunel@thompsoncoburn.com

*Attorneys For Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on August 20, 2026.

*/s/ Matthew A. Braunel*